

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00492-CR

Jeremy B.J. **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 432nd District Court, Tarrant County, Texas
Trial Court No. 1276453R
The Honorable Ruben Gonzalez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 17, 2013.

_____
Karen Angelini, Justice